In the Matter of ANDREW O. WITTREICH, an attorney and counsellor at law.

Argued November 7, 1949; February 20, 1950; and May 29, 1950.

For the rule: *Mr. Horace K. Roberson* and *Mr. Simon L. Fisch.*

For the respondent: *Mr. George W. C. McCarter.*

Respondent ordered suspended from the practice of law for a period of two years and until the further order of the Court, June 19, 1950.

In the Matter of MEYER L. MINK, an attorney at law.

Argued April 10, 1950.

For the rule: *Mr. Frederick C. Vonhof.*

Name of respondent ordered stricken from the roll of attorneys, June 19, 1950.